FILED
October 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0003857677

Certificate Number: 12433-CAE-DE-016343531

Bankruptcy Case Number: 11-42388

12433-CAE-DE-016343531

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2011, at 11:29 o'clock AM PDT, Myrtle L. Kuchinski completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:   October 17, 2011            By:     /s/Laura Gannon

                                    Name:   Laura Gannon

                                    Title:  Teacher